AMIN TALATI WASSERMAN, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Richard L. Hyde, Bar No. 286023
515 South Flower St., 18th Floor
Los Angeles, CA  90071
Tel:   (213) 933-2330
Fax:   (312) 884-7352
william@amintalati.com
matt@amintalati.com
richard@amintalati.com

Attorneys for Defendant Four Sigma Foods Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA GUTIERREZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FOUR SIGMA FOODS INC, a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.:   2:23-cv-001421-DMG (PVCx)<br><br>**DEFENDANT FOUR SIGMA FOODS INC.'S NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Defendant Four Sigma Foods, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1. Nora Gutierrez, Plaintiff;

    2. Tauler Smith, LLP, Attorneys for Plaintiff; and

    3. Four Sigma Foods, Inc., Defendant.

Funguys, Inc. is the parent company for Defendant Four Sigma Foods, Inc. and no publicly held company owns 10% or more of Defendant's stock.

Dated: February 28, 2023　　　　　　**AMIN TALATI WASSERMAN, LLP**

　　　　　　　　　　　　　　　　　　/s/ *Matthew R. Orr*
　　　　　　　　　　　　　　　　　　Matthew R. Orr

　　　　　　　　　　　　　　　　　　*Attorney for Defendant Four Sigma Foods Inc.*

DEFENDANT FOUR SIGMA FOODS INC.'S NOTICE OF INTERESTED PARTIES