Robert Tauler (SBN 241964)
rtauler@taulersmith.com
Tauler Smith, LLP
626 Wilshire Boulevard, Suite 510
Los Angeles, California 90017
Tel: (310) 590-3927

*Attorneys for Plaintiff*
*Nora Gutierrez*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA GUTIERREZ, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>FOUR SIGMA FOODS INC., a Delaware corporation; and DOES 1 through 25 inclusive,<br><br>                    Defendants. | Case No. 2:23-cv-01421-DMG (PVCx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1  Plaintiff Nora Gutierrez, acting through counsel, and pursuant to Federal Rule of
2  Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice as to her
3  individual claims, but without prejudice to the class claims. *See* Fed. R. Civ. P.
4  41(a)(1)(A)(i).

5  In addition, there has been no motion for class certification filed in this action, thus
6  no class has been certified, and it is not necessary to provide notice to the absent putative
7  class members. *See* Judge Virginia A. Phillips, et al., Federal Civil Procedure Before
8  Trial, Calif. & 9th Cir. Editions § 10:790 (The Rutter Group 2021) ("There is no
9  requirement of judicial approval for precertification dispositions. The reason is that
10 absent class members generally have no notice of uncertified class actions and therefore
11 cannot be bound or deemed to have relied thereon.") (citing Adv. Comm. Notes to 2003
12 Amendments to Fed. R. Civ. P. 23).

15 DATED: April 4, 2023            TAULER SMITH LLP

17                                  By:   */s/ Robert Tauler*
18                                        Robert Tauler, Esq.
                                          Attorneys for Plaintiff
19                                        Nora Gutierrez

- 1 -

NOTICE OF VOLUNTARY DISMISSAL                    Case No. 2:23-cv-01421-DMG (PVCx)

## CERTIFICATE OF SERVICE

I hereby certified that I served the foregoing document on all parties of record via the Court's CM/ECF system.

DATED: April 4, 2023                    TAULER SMITH LLP


                                        By:   /s/ Robert Tauler
                                              Robert Tauler, Esq.
                                              Attorneys for Plaintiff
                                              Nora Gutierrez