UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 23-1421-DMG (PVCx)** | Date April 4, 2023 |
| Title *Nora Gutierrez v. Four Sigma Foods, Inc.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of Plaintiff's Notice of Voluntary Dismissal filed on April 4, 2023 [Doc. # 13], the Court hereby **DISMISSES** this action with prejudice as to Plaintiff's individual claims, but without prejudice to the class claims pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED.